NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DAVID D. PROBERT and JACKLYN O. PROBERT,**
*Plaintiffs-Appellants,*

**v.**

**THE CLOROX COMPANY, INC.,**
*Defendant-Appellee.*

_____

2010-1298

_____

Appeal from the United States District Court for the District of Utah in No. 07-CV-0139, Judge Dee V. Benson.

_____

**JUDGMENT**

_____

TODD E. ZENGER, Kirton & McConkie, of Salt Lake City, Utah, argued for plaintiffs-appellants.

DAVID R, WRIGHT, Workman Nydegger, of Salt Lake City, Utah, argued for defendant-appellee. With him on the brief were DAVID R. TODD and CLINTON E. DUKE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 9, 2010
Date

/s/ Jan Horbaly

Jan Horbaly
Clerk